United States District Court
Eastern District of Louisiana

Meryem Ali

Plaintiff

— VS —

Gary Gensler

Defendant

Civil Action

No. 23-6692

Section " "Mag " "

SECT.R MAG2

## Seal Document and Case

Please seal this case and all related documents in it's entirety. Gary Gensler has exposed my Personal information worldwide. This doesn't need to be exposed as well. There needs to be Zero media involved in this matter.

, Meryem Ali

11/3/2023

900 Sessions Lane
Kenner, LA
70065
281-827-2892

